IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

STEVEN B. BOYD,           *
                          *
    Petitioner,           *    CV 111-136
                          *    (Formerly CR 198-012)
    vs.                   *
                          *
UNITED STATES OF AMERICA, *
                          *
    Respondent.           *

**O R D E R**

In the captioned matter only, the Clerk of Court is hereby authorized to accept filings from Thomas V. Burch, Esq., on behalf of Petitioner Steven B. Boyd, until Mr. Burch can be admitted into the bar of the Southern District of Georgia at a convenient time and upon conventional application for admission.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE