IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

STEVEN B. BOYD,                          )
                                         )
            Petitioner,                  )
                                         )
      v.                                 )   CV 111-136
                                         )   (Formerly CR 198-012)
UNITED STATES OF AMERICA,                )
                                         )
            Respondent.                  )

_____

**O R D E R**
_____

Petitioner, an inmate at U.S.P. Atlanta in Atlanta, Georgia, has filed with this

Court a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.

On August 12, 2014, the Eleventh Circuit Court of Appeals issued a mandate

reversing this Court's dismissal of Petitioner's motion as successive and remanding

the case to this Court to determine whether the motion is timely. See Boyd v. United

States, 754 F.3d 1298, 1302-03 (11th Cir. 2014).

Petitioner filed an extensive brief after the case was remanded. (Doc. no. 29.)

Even though this case remains at the initial screening stage, in which the government

would not normally have a role, given its extensive involvement with this case on

appeal and the complexity of the timeliness issue, the government may file a

responsive brief within thirty days of the date of this Order. However, should the

government choose not to file a brief, it is directed to notify the Court by Wednesday, August 27, 2014.

SO ORDERED this 22nd day of August, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA