IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

STEVEN BERNARD BOYD,          )
                              )
     Petitioner-Appellant,    )
                              )
vs.                           )   Case No. CV1:11-136
                              )   (Formerly CR1:98-12-003)
UNTIED STATES OF AMERICA,     )   USCA NO. 15-13528-EE
                              )
     Respondent-Appellee.     )

O R D E R

On September 15, 2016, the United States Court of Appeals for the Eleventh Circuit GRANTED Appellant Steven Bernard Boyd's motion for voluntary dismissal of appeal.

Therefore, the appeal from the earlier Judgment of this Court in the above case having been DISMISSED by the U.S. Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit, is made the Judgment of this Court.

**SO ORDERED**, this 21st day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA